# UNITED STATES DISTRICT COURT
## District of Alaska



FILED

07 NOV -6 PM 1:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

Ida Romack, Clerk of Court

| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
|---|---|---|
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |
| | | 907-586-7780 |

October 30, 2007

222 West 7th Ave., #4
Anchorage, AK 99513-7564

07 CR 7040-IEG

'07 CR 70 40 IEG

Re:     Jack R. Rombold
        Our Case Number:  3:05-cr-00021-03-JWS
        Your Case Number:  Not Assigned

Dear Clerk:

**Initial Transfer Out**
  Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district.  Please return the original to this office after jurisdiction has been accepted.  When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**
XX  Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district.  Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

**Transfer In**
  Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction.  Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **only** this defendant.

**Rule 40 Removal Proceedings**
  Enclosed please find certified copies of all documents and docket sheet from our court.

**Rule 20**
  Enclosed please find the original order transferring case to the District of  and a certified copy of the docket sheet and certified copies of the entire file.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

IDA ROMACK, CLERK OF COURT

Robin M. Carter, Deputy Clerk

CLOSED

**U.S. District Court**
**District of Alaska (Anchorage)** 07 CR 70 40 IEG
**CRIMINAL DOCKET FOR CASE #: 3:05-cr-00021-JWS-3**
**Internal Use Only**

07 CR 7040 -IEG

Case title: USA v. Del Real

Date Filed: 02/16/2005
Date Terminated: 07/13/2005

---

Assigned to: John W. Sedwick

**Defendant**

**Jack R. Rombold** (3)
*TERMINATED: 07/13/2005*

represented by **Thomas Burke Wonnell**
T. Burke Wonnell
2600 Denali Street, Suite 460
Anchorage, AK 99503
907-276-8008
Fax: 907-278-8571
Email: tburkewonnell@alaska.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

None

---

**Plaintiff**

**USA**                                     represented by **Stephan A. Collins**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: Stephan.Collins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified to be a true and correct copy
of original filed in my office.
Dated_____10/30/07_____
IDA ROMACK, Clerk
By_____Pam Carto_____Deputy



| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2005 | 🔍 | (Court only) ***Terminated defendant Jack R. Rombold, pending deadlines, and motions., ***Set CLOSED Flag as to Jack R. Rombold (RMC, COURT STAFF) (Entered: 10/30/2007) |
| 10/19/2007 | 🔍75 | TRANSFER OF JURISDICTION; Supervised Release Transferred to Southern District of California as to Jack R. Rombold Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. cc: USPO (RMC, COURT STAFF) (Entered: 10/30/2007) |
| 10/30/2007 | 🔍74 | (Court only) ***Letter received on 10/19/07 from Souther District of California. (RMC, COURT STAFF) (Entered: 10/30/2007) |

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

RECEIVED

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jack R. Rombold<br>Southern District of California | DISTRICT OF ALASKA | Anchorage |

| | NAME OF SENTENCING JUDGE |  |  |
|---|---|---|---|
| | Honorable John W. Sedwick<br>Chief U.S. District Court Judge |  |  |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>November 9, 2006 | TO<br>November 8, 2009 |
|---|---|---|---|

OFFENSE

Drug Conspiracy, 21 U.S.C. §§ 846 and 841(b)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 15, 2007
_____
Date

REDACTED SIGNATURE
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/6/07
_____
Effective Date

REDACTED SIGNATURE
_____
United States District Judge

SCANNED

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0021--CR (JWS)
           "USA V SALVADOR ZAVALA-CURIEL ET AL"
            DEF 1.1 ZAVALA-CURIEL, SALVADOR
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 02/16/05
              Closed: 07/14/05
   No. of Defendants: 3
      MJ Case Number: A05-0025--MJ
                 AKA: CHAVA
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
  Needs interpreter: YES
  Counsel of record: Allen N. Dayan
                     Allen N. Dayan & Associates
                     745 W. 4th Avenue, Suite 230
                     Anchorage, AK 99501
                     907-277-2330
                     FAX 907-277-7780
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Certified to be a true and correct copy
of original filed in my office.
Dated _____10/30/07_____
        IDA ROMACK, Clerk
By _Robin Carter_____ Deputy

Counts re: DEF 1.1 ZAVALA-CURIEL, SALVADOR

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 & 841(b)(1)(B)  DRUG CONSPIRACY (F) | Sentenced (63-1) |
| 1 -  1 IND | 2 | 21:841(a)(1), (b)(1)(B)  POSSESSION WITH INTENT TO DISTRIBUTE (F) | Dismissed (63-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0021--CR (JWS)
"USA V SALVADOR ZAVALA-CURIEL ET AL"
DEF 2.1 DEL REAL, GUSTAVO

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 02/16/05
             Closed: 07/14/05
  No. of Defendants: 3
     MJ Case Number: A05-0025--MJ
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: YES
  Counsel of record: Rex Lamont Butler
                     745 W. 4th Avenue, Suite 300
                     Anchorage, AK 99501
                     907-272-1497
                     FAX 907-276-3306
                     Serve: NO
                      Type: Retained
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 2.1 DEL REAL, GUSTAVO

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (65-1) |
| 1 - 1 IND | 2 | 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE (F) | Dismissed (65-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0021--CR (JWS)
"USA V SALVADOR ZAVALA-CURIEL ET AL"
DEF 3.1 ROMBOLD, JACK R.
```

Including terminated defendants, excluding terminated counsel

```
       Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 02/16/05
               Closed: 07/14/05
    No. of Defendants: 3
       MJ Case Number: A05-0025--MJ
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Thomas Burke Wonnell
                       2600 Denali Street, Suite 460
                       Anchorage, AK 99501
                       907-276-8008
                       FAX 907-278-8571
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
    Counsel of record: Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 3.1 ROMBOLD, JACK R.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 21:846 & 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (62-1) |
| 1 - 1 IND | 2 | 21:841(a)(1), (b)(1)(B) POSSESSION WITH INTENT TO DISTRIBUTE (F) | Dismissed (62-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0021--CR (JWS)
"USA V SALVADOR ZAVALA-CURIEL ET AL"
```

**For all filing dates**

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 02/16/05
            Closed: 07/14/05
No. of Defendants: 3
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 02/16/05 | Notation: Proposed Trial Date Setting for Arr re: Def 1-3 to USDJ. |
| 1 - 1 | 02/16/05 | [Re: DEF 1-3] PLF 1 Indictment. |
| 2 - 1 | 02/16/05 | [Re: DEF 1-3] JDR Grand Jury Minutes; no bail set (det per 18:3142); set for arr and notify USM; in custody. |
| 3 - 1 | 02/16/05 | [Re: DEF 1-3] Documents 2-9 transferred from: A05-025 MJ (AHB) to A05-021 CR (JWS). |
| 4 - 1 | 02/16/05 | [Re: DEF 1-3] AHB Minute Order that 2/18/05 and 2/24/05 hrgs set in A05-025 MJ (AHB) are VACATED and RESET as follows:  Arr/Det hrg re: Def 1 & 2 set 10:00 a.m., 2/18/05; Arr/Det hrg re: Def 3 set 11:00 a.m., 2/18/05.  cc: USA, FPD, S. Dattan, B. Wonnell, USM, PO, Judge Sedwick |
| 5 - 1 | 02/17/05 | [Re: DEF 3] CJA appointment of T. Burke Wonnell. |
| 6 - 1 | 02/17/05 | [Re: DEF 2] CJA appointment of D. Scott Dattan. |
| 7 - 1 | 02/18/05 | [Re: DEF 2] Attorney Appearance of H. Viergutz. |
| 8 - 1 | 02/18/05 | [Re: DEF 1] AHB Order regarding preparation for trial; disc conf 2/25/05;  ptms due 3/11/05.  cc: USA, FPD |
| 9 - 1 | 02/18/05 | [Re: DEF 2] AHB Order regarding preparation for trial; disc conf 2/25/05;  ptms due 3/11/05.  cc: USA, S. Dattan |
| 10 - 1 | 02/18/05 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO |
| 11 - 1 | 02/18/05 | [Re: DEF 2] AHB Order of Detention Pending Trial.  cc: USA, S. Dattan, USM, PO |
| 12 - 1 | 02/18/05 | [Re: DEF 1-2] AHB Court Minutes [ECR: Denali Elmore] of arrs on Indt/Det hrg (held 2/18/05); both defs plead not guilty re: Cts 1 & 2; defs detanied; ptms due 3/11/05.  cc: USA, FPD, S. Dattan, USM, PO, Judge Sedwick, H. Viergutz (courtesy cy) |
| 13 - 1 | 02/18/05 | [Re: DEF 3] AHB Order regarding preparation for trial; disc conf 2/25/05; ptms due 3/11/05.  cc: USA, T. Wonnell |
| 14 - 1 | 02/18/05 | [Re: DEF 3] AHB Order of Detention Pending Trial.  cc: USA, T. Wonnell, USM, PO |
| 15 - 1 | 02/18/05 | [Re: DEF 3] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt/Det hrg (held 2/18/05); def plead not guilty re: Cts 1 & 2; def detained; ptms due 3/11/05.  cc: USA, B. Wonnell, USM, PO, Judge Sedwick |
| 16 - 1 | 02/18/05 | DEF 1 Attorney Appearance of R. Curtner (FPD). |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A05-0021--CR (JWS)
                    "USA V SALVADOR ZAVALA-CURIEL ET AL"

                             For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 02/22/05 | DEF 2 motion to release CJA appointed counsel, D. Scott Dattan & to allow entry of appearance by the Law Office of Herbert A. Viergutz w/att aff. |
| 18 - 1 | 02/23/05 | DEF 2 motion to withdraw as CJA counsel. |
| 19 - 1 | 02/24/05 | [Re: DEF 1-3] JWS Minute Order setting TBJ on 4/25/05 @ 9:00 a.m. & FPTC on 4/25/05 @ 8:30 a.m.. cc: USA, FPD, H. Viergutz, T. Wonnell, USM, USPO, MJ Branson, JC |
| 20 - 1 | 02/24/05 | [Re: DEF 2] AHB Order granting motion to release CJA appointed counsel, D. Scott Dattan & to allow entry of Herbert A. Viergutz, P.C. as counsel for D2 (17-1), motion to withdraw as CJA counsel (18-1).  cc: AUSA, S. Dattan. H. Viergutz, USM, USPO, Judge Sedwick, FPD (CJA Clerk) |
| 21 - 1 | 02/28/05 | DEF 1 Attorney Appearance of A. Dayan. |
| 21 - 2 | 02/28/05 | DEF 1 Attorney Substitution of A. Dayan for R. Curtin. |
| 22 - 1 | 03/01/05 | [Re: DEF 1-2] JWS Order appointing Y. Salazar-Hobrough as trial interpreter. cc: USA, FPD, H. Viergutz, A. Dayan, Finance, Y. Salazar-Hobrough w/int package |
| 23 - 1 | 03/01/05 | DEF 1 Errata to entry of appearance of A. Dayan. |
| 23 - 2 | 03/01/05 | DEF 1 Errata to notice of substitution of cnsl of A. Dayan for R. Curtner. |
| 23 - 3 | 03/03/05 | [Re: DEF 1] AHB Order granting substitution of counsel Allen Dayan in the place of Rich Curtner. cc: AUSA, FPD, A. Dayan, USM, USPO |
| 24 - 1 | 03/07/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 25 - 1 | 03/07/05 | [Re: DEF 2] PLF 1 Discovery Conference Certificate. |
| 26 - 1 | 03/07/05 | [Re: DEF 3] PLF 1 Discovery Conference Certificate. |
| 27 - 1 | 03/08/05 | DEF 2 motion (request) for bail hearing. |
| 28 - 1 | 03/09/05 | [Re: DEF 2] AHB Minute Order granting motion (request) for bail hearing (27-1).  Bail hearing is set for 3/11/05 at 11:00 a.m. in Courtroom #5. cc: AUSA, FPD, USM, USPO |
| 29 - 1 | 03/11/05 | [Re: DEF 2] AHB Court Minutes [ECR: Robin Carter] Re: bail review hrg (held 3/11/05); oral mot to rls def to third party custodians denied; def's det cont; wit/exh list att. cc: USA, H. VIERGUTZ, USPO, USM |
| 30 - 1 | 03/18/05 | {SEALED} DEF 2 motion (ex parte) for approval of CJA 20 voucher in the amount of $305.09 for attorney fees w/att voucher. |
| 30 - 2 | 03/22/05 | {SEALED} [Re: DEF 2] JWS Order granting mot for approval of CJA 20 voucher in the amount of $305.09 for attorney fees (30-1). cc: S. Dattan, FPD (CJA Clk) |
| 31 - 1 | 04/14/05 | DEF 3 Notice of Intent to change plea. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0021--CR (JWS)
                       "USA V SALVADOR ZAVALA-CURIEL ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 04/18/05 | [Re: DEF 3] JWS Minute Order setting PCOP hrg on 4/25/05 @ 8:00 a.m.; 4/25/05 FPTC & TBJ as to DEF 3 vacated. cc: USA, T. Wonnell, USM, USPO, MJ Branson, JC |
| 33 - 1 | 04/18/05 | DEF 2 expedited motion for hearing on status of counsel. |
| 34 - 1 | 04/18/05 | DEF 1 Notice of Intent to change plea. |
| 34 - 2 | 04/18/05 | DEF 1 motion request for change of plea hearing. |
| 35 - 1 | 04/19/05 | [Re: DEF 2] AHB Order granting motion expedited motion for hearing on status of counsel (33-1). cc: AUSA, H. Viergutz, USM, USPO |
| 36 - 1 | 04/19/05 | [Re: DEF 1] JWS Minute Order setting PCOP hrg on 4/25/05 @ 8:30 a.m.; 4/25/05 FPTC & TBJ vacated. cc: USA, A. Dayan, USM, USPO, MJ Branson, JC |
| 37 - 1 | 04/20/05 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] re status of counsel hrg (held 05/19/05); def advised deadline for proposed PCOP 04/20/05. cc: USA, H. Viergutz, USM, USPO, Judge Sedwick. |
| 38 - 1 | 04/20/05 | DEF 2 Attorney Appearance of R. Butler a co-cnsl. |
| 39 - 1 | 04/20/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 40 - 1 | 04/21/05 | DEF 2 Notice of Intent to change plea. |
| 41 - 1 | 04/21/05 | [Re: DEF 3] PLF 1 Plea Agreement. |
| 42 - 1 | 04/22/05 | [Re: DEF 2] JWS Minute Order setting PCOP on 4/25/05 @ 9:00 a.m.; 4/25/05 FPTC & TBJ are vacated. cc: USA, R. Butler, H. Viergutz, USM, USPO, JC, MJ Branson |
| 43 - 1 | 04/22/05 | DEF 2 Plea Agreement. |
| 44 - 1 | 04/25/05 | [Re: DEF 1; 3] JWS Court Minutes [ECR: Elisa Singleton] re PCOP (held 4/25/05); def 3 changed plea to guilty on ct 1 of Indt; IOS set for 7/11/05 at 8:30 am; re def 1 pcop vacated and reset to 5/2/05 at 8:30 a.m. cc: USA, T. Wonnell, A. Dayan, USM, USPO, MJ Branson |
| 45 - 1 | 04/26/05 | [Re: DEF 2] JWS Court Minutes [ECR: Caroline Edmiston/April Karper] re PCOP (held 05/25/05); changed plea to guilty on ct 1 of the indt; ct 2 of the indt to be dism at IOS; IOS set 07/12/05 at 8:30 a.m.; def's det continued; def's oral mot not transport def until after PSR interview completed Granted; Oral mot for Mr. Viergutz to withdraw as counsel Granted. cc: USA, R. Butler, H. Viergutz, USPO, USM, Magistrate Judge Branson. |
| 46 - 1 | 05/02/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re PCOP (held 5/2/05); def changed plea to guilty on ct 1 of the Indt; IOS set for 7/12/05 at 8:00 am. cc: USA, A. Dayan, USM, USPO, MJ Branson |
| 47 - 1 | 06/01/05 | {SEALED} DEF 3 motion (ex parte) on shortened time for travel authorization. |
| 48 - 1 | 06/02/05 | {SEALED} [Re: DEF 3] JDR Minute Order re hrg on def's ex parte motion (47-1) set for 6/2/05 at 3:00 p.m. cc: B. Wonnell |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A05-0021--CR (JWS)
              "USA V SALVADOR ZAVALA-CURIEL ET AL"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 06/02/05 | {SEALED} [Re: DEF 3] JDR Court Minutes [ECR: Elisa Singleton] denying motion on shortened time for travel authorization (47-1); matter sealed. cc: T. Wonnell, FPD (CJA Clerk) |
| 50 - 1 | 06/16/05 | DEF 2 Notice of filing w/att letters. |
| 51 - 1 | 07/01/05 | DEF 3 Sentencing Memorandum. |
| 52 - 1 | 07/05/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 53 - 1 | 07/05/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 54 - 1 | 07/05/05 | [Re: DEF 3] PLF 1 Sentencing Memorandum. |
| 55 - 1 | 07/06/05 | DEF 1 Sentencing Memorandum. |
| 56 - 1 | 07/07/05 | [Re: DEF 2] PLF 1 Unopposed motion to continue imposition of sentence. |
| 57 - 1 | 07/08/05 | [Re: DEF 2] JWS Order granting unoppo mot to continue IOS (56-1); 7/12/05 IOS reset for 7/13/05 @ 10:00 a.m.. cc: USA, R. Butler, USM, USPO |
| 58 - 1 | 07/11/05 | [Re: DEF 3] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held 7/11/05); sentence imposed as stated in the judgment; govt oral motion to dismiss ct 2 of the Indt granted. |
| 59 - 1 | 07/12/05 | DEF 2 Sentencing Memorandum. |
| 60 - 1 | 07/12/05 | DEF 2 Supplemental Notice of filing w/att letters. |
| 61 - 1 | 07/12/05 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re: IOS (held 7/12/05); sent imposed as stated in judg. |
| 62 - 1 | 07/13/05 | [Re: DEF 3] JWS Judgment dism cts 2 of Indt (1-1); pleaded guilty to ct 1 of Indt (1-1); sentenced to 24 mos impr; 36 mos SR; $100.00 SA. cc: USA, T. Wonnell, Def w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 63 - 1 | 07/13/05 | [Re: DEF 1] JWS Judgment dism cts 2 of Indt (1-1); pleaded guilty to ct 1 of Indt (1-1); sentenced to 37 mos impr; 36 mos SR; $100.00 SA. cc: USA, A. Dayan, Def w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 64 - 1 | 07/13/05 | [Re: DEF 2] JWS Court Minutes [ECR: April Karper] re IOS (held 7/13/05); sent imposed as stated in the judg. |
| 65 - 1 | 07/14/05 | [Re: DEF 2] JWS Judgment dism ct 2 of Indt (1-1); pleaded guilty to ct 1 of Indt (1-1); sentenced to 37 mos impr; 36 mos SR; $100.00 SA. cc: USA, R. Butler, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU |
| 66 - 1 | 07/15/05 | DEF 2 Stipulation re: drug treatment program w/att aff. |
| 67 - 1 | 07/25/05 | [Re: DEF 2] JWS Order approving stip re: def recommended to 500 hour drug treatment program (66-1). cc: USA, R. Butler, USM, USPO |
| 68 - 1 | 08/19/05 | [Re: DEF 2] Partial Transcript re: IOS held 7/13/05. |
| 69 - 1 | 08/26/05 | [Re: DEF 1] Partial Transcript Re: IOS held 7/12/05. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0021--CR (JWS)
"USA V SALVADOR ZAVALA-CURIEL ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 70 - 1 | 08/26/05 | [Re: DEF 3] Partial Transcript Re: IOS held 7/11/05. |
| 71 - 1 | 11/01/05 | USM Return of svc on judgment re: DEF 2 on 8/10/05 to FDC SEATAC, at SEATAC, WA. |
| 72 - 1 | 11/10/05 | {SEALED} DEF 3 motion (ex parte) for approval of CJA 20 voucher for attorney fees in amount of $2,313.00 w/att voucher |
| 72 - 2 | 11/16/05 | {SEALED} [Re: DEF 3] JWS Order granting mot for approval of CJA 20 voucher for atty fees in amount of $2,313.00 (72-1). cc: B. Wonnell, FPD (CJA Clk) |

FILED

TIMOTHY M. BURGESS
United States Attorney

FEB 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deput.

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071

Certified to be a true and correct copy
of original filed in my office.
Dated_____10/30/07_____
IDA ROMACK, Clerk
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  A 0 5 - 0 2 1  CR |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) DRUG CONSPIRACY |
| vs. | )   Vio. of 21 U.S.C. §§ 846 & 841(b)(1)(B) |
| | ) |
| SALVADOR ZAVALA-CURIEL, | ) COUNT 2: |
| a/k/a "Chava", GUSTAVO DEL | ) POSSESSION WITH INTENT TO |
| REAL, and JACK R. ROMBOLD, | ) DISTRIBUTE |
| | )   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Defendants. | ) |
| | ) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown to the grand jury, but at least between February

11 and 12, 2005, both dates being approximate and inclusive, the defendants, SALVADOR

ZAVALA-CURIEL, a/k/a "Chava", GUSTAVO DEL REAL, and JACK R. ROMBOLD,

within the District of Alaska and elsewhere, did unlawfully and knowingly combine, conspire,

confederate, and agree with each other and others known and unknown to the grand jury to

manufacture, to distribute, and to possess with intent to distribute 500 grams or more of a

mixture and substance containing a detectable amount of cocaine, all of which is in violation of

Title 21, United States Code, Sections 846 and 841(b)(1)(B).

COUNT 2

On or about February 12, 2005, the defendants, SALVADOR ZAVALA-CURIEL, a/k/a

"Chava", GUSTAVO DEL REAL, and JACK R. ROMBOLD, aiding and abetting each other,

within the District of Alaska and elsewhere, did knowingly and intentionally possess with intent

to distribute a controlled substance, to wit, 500 grams or more of a mixture and substance

containing cocaine, all of which in violation of Title 21, United States Code Section 841(a)(1)

and (b)(1)(B).

A TRUE BILL.

_Shawnie Glenn_
GRAND JURY FOREPERSON

_Stephan Collins_
STEPHAN A. COLLINS
Assistant U.S. Attorney

_Deborah Smith_
TIMOTHY M. BURGESS
United States Attorney

DATED:  __2-15-05__

2

**FILED**

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of Alaska _____

JUL 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JACK R. ROMBOLD | **JUDGMENT IN A CRIMINAL CASE** |

Case Number:    A05-0021-03 CR (JWS)

USM Number:    15088-006

T. Burke Wonnell
Defendant's Attorney

## THE DEFENDANT:

X  pleaded guilty to count(s)    1 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846 & 841 (b)(1)(B) | Drug Conspiracy | 02/12/2005 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)    2 of the Indictment    ☐ is    X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 11, 2005
Date of Imposition of Judgment

Signature of Judge

A05-0021--CR (JWS)    7-13-05
----------------------------------------
T. WONNELL (WONNELL)
S. COLLINS (US ATTY)
US MARSHAL

US PROBATION
FINANCE
MAGISTRATE JUDGE BRANSON
DEP W/CNSLS CY
FLU

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name and Title of Judge

7 - 11- 05
Date

Certified to be a true and correct copy
of original filed in my office.
Dated    7-13-05
IDA ROMACK, Clerk
By    Pam Richter    Deputy

62

AO 245B    (Rev. 12/03) Judgment in Criminal Case
             Sheet 2 — Imprisonment

Judgment — Page ____2____ of ____6____

DEFENDANT:          JACK R. ROMBOLD
CASE NUMBER:        A05-0021-03 CR (JWS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:      24 MONTHS

X    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be designated to the facility at Sheridan, Oregon.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at    _____ ☐ a.m.   ☐ p.m.    on    _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on    _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on    _____    to    _____

a_____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                          By    _____
                                                    DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
        Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT:        JACK R. ROMBOLD
CASE NUMBER:      A05-0021-03 CR (JWS)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    3 YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
     student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of
     each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
     acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
     controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a
     felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any
     contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
     permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal
     record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the
     defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Ca
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:        JACK R. ROMBOLD
CASE NUMBER:    A05-0021-03 CR (JWS)

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

2. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment programs cost.

3. The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment or business based upon reasonable suspicion of contraband or a violation of a condition of supervision, or a violation of law. Failure to submit to a search may be grounds for revoking supervised release.

4. The defendant shall not possess a firearm, destructive device, or other weapon.
///////////////////////////////////////////////////////////////////////////////////////

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:          JACK R. ROMBOLD
CASE NUMBER:        A05-0021-03 CR (JWS)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|            | **Assessment** | **Fine** | **Restitution** |
|------------|----------------|----------|-----------------|
| **TOTALS** | $ 100.00       | $        | $               |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
|                   |                  |                         |                            |

| **TOTALS** | $ _____ | $ _____ |
|------------|--------------------|--------------------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

   ☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:        JACK R. ROMBOLD
CASE NUMBER:      A05-0021-03 CR (JWS)

Judgment — Page ___6___ of ___6___

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    X    Lump sum payment of $ ___100.00___ due immediately, balance due

☐    not later than _____ , or
☐    in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☐    On a schedule to be determined by the U.S. Probation or Pretrial Services Officer.

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    (Rev. 12/03) Judgment in a Criminal C
         Attachment (Page 1) — Statement of Re ... s

DEFENDANT:       JACK R. ROMBOLD
CASE NUMBER:     A05-0021-03 CR (JWS)
DISTRICT:        ALASKA

## STATEMENT OF REASONS
### (Not for Public Disclosure)

**X**  THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS WITHOUT CHANGE.

### OR

☐  THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS BUT WITH THESE CHANGES: (Use Page 3, if necessary.)

   ☐  **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level or specific offense characteristics):

   ☐  **Chapter Three of the U.S.S.G. Manual** adjustment determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

   ☐  **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

☐  THE COURT ADOPTS THE PRESENTENCE REPORT WITH THESE COMMENTS OR FINDINGS (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions. Specify court comments or findings, including paragraphs in the presentence report.) (Use Page 3, if necessary.)

**GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):**

Total Offense Level:  _____17_____

Criminal History Category:  _____I_____

Imprisonment Range:  _____24_____  to  _____30_____  months

Supervised Release Range:  _____  to  _____3_____  years

Fine Range:  $  _5,000_____  to  $  _50,000_____

**X**  Fine waived or below the guideline range because of inability to pay.

☒  THE SENTENCE IS WITHIN THE GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS, AND THE COURT FINDS NO REASON TO DEPART.

### OR

☐  THE SENTENCE IS WITHIN A GUIDELINE RANGE, THAT RANGE EXCEEDS 24 MONTHS, AND THE SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS: (Use Page 3, if necessary.)

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Attachment (Page 2) — Statement of Reasons

DEFENDANT:     JACK R. ROMBOLD
CASE NUMBER:   A05-0021-CR (JWS)
DISTRICT:      ALASKA

# STATEMENT OF REASONS
## (Not for Public Disclosure)

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution:     $ _____

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

☐ Restitution is not ordered for other reasons:

☐ Partial restitution is ordered under 18 U.S.C. § 3663(c) for these reasons:

**DEPARTURE (Check all that apply)**

☐ The sentence departs <u>below the guideline range</u> for the following reasons; or
☐ The sentence departs <u>above the guideline range</u> for the following reasons:

**Pursuant to a Plea Agreement**
☐ based on 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ based on a government motion pursuant to an early disposition program;
☐ based on a binding plea agreement for departure which the court has accepted (cite below reason, if applicable);
☐ based on a plea agreement which <u>cites the below reason</u> for departure, which the court finds to be justified; or
☐ based on a plea agreement which states that the government will not oppose a defense departure motion and <u>cites the below reason</u>.

**Pursuant to a Motion Not Addressed in a Plea Agreement**
☐ pursuant to a 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ pursuant to a government motion <u>based on the below reason</u> for departure; or
☐ pursuant to a defense motion <u>based on the below reason</u> for departure to which the government has not objected; or
☐ pursuant to a defense motion <u>based on the below reason</u> for departure to which the government has objected.

☐ Other than plea agreement or motion by the parties <u>based on the below reason</u> for departure.

**Reason(s) for Departure**

| | | |
|---|---|---|
| ☐ 4A1.3 Criminal History Adequacy (explain) | ☐ 5K2.8 Extreme Conduct | ☐ 5K2.16 Voluntary Disclosure of Offense |
| ☐ 5K2.0 Aggravating or Mitigating Circumstances (explain): | ☐ 5K2.9 Criminal Purpose | ☐ 5K2.17 High-Capacity Semiautomatic Firearm |
| | ☐ 5K2.10 Victim's Conduct | ☐ 5K2.18 Violent Street Gang |
| ☐ 5K2.1 Death | ☐ 5K2.11 Lesser Harm | ☐ 5K2.20 Aberrant Behavior |
| ☐ 5K2.2 Physical Injury | ☐ 5K2.12 Coercion and Duress | ☐ 5K2.21 Dismissed and Uncharged Conduct |
| ☐ 5K2.3 Extreme Psychological Injury | ☐ 5K2.13 Diminished Capacity | ☐ 5K2.22 Age or Health of Sex Offenders |
| ☐ 5K2.4 Abduction or Unlawful Restraint | ☐ 5K2.14 Public Welfare | ☐ 5K2.23 Discharged Terms of Imprisonment |
| ☐ 5K2.5 Property Damage or Loss | | ☐ 5K3.1 Early Disposition, "fast-track" Program |
| ☐ 5K2.6 Weapons and Dangerous Instruments | | |
| ☐ 5K2.7 Disruption of Government Function | | |

☐ Other (e.g., 2B1.1 commentary, 5H1.1-5H1.6 or 5H1.11)(explain and state guideline and/or statutory basis).  (Use Page 3, if necessary.)

AO 245B    Case 3:07-cr-07040-IEG    Document 1    Filed 11/06/2007    Page 23 of 23
(Rev. 12/03) Judgment in a Criminal Case
Attachment (Page 3) — Statement of Reasons

DEFENDANT:        JACK R. ROMBOLD
CASE NUMBER:      A05-0021-03 CR (JWS)
DISTRICT:         ALASKA

# STATEMENT OF REASONS
(Not for Public Disclosure)

## ADDITIONAL PRESENTENCE REPORT AND GUIDELINE APPLICATION CHANGES
(If necessary.)

## SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS
(If necessary.)

## ADDITIONAL COMMENTS OR FINDINGS CONCERNING INFORMATION IN PRESENTENCE REPORT
(If necessary.)

## ADDITIONAL REASONS FOR DEPARTING FROM THE GUIDELINE RANGE
(If necessary.)

Defendant's Soc. Sec. No.:    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
Defendant's Date of Birth:    08/30/1985

Defendant's Residence Address :    514 Woodhouse Ave.
Chula Vista, CA 91910.

Defendant's Mailing Address :    Same as above

July 11, 2005
Date of Imposition of Judgment

Signature of Judge

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name and Title of Judge

7-11-05
Date Signed